UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TEXAS SAMUEL BARNETT,**<br><br>Plaintiff,<br><br>**v.**<br><br>**HAROLD OBIAKOR,**<br><br>Defendant. | **2:24-CV-11533-TGB-APP**<br><br>HON. TERENCE G. BERG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 40) AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 27)** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation, dated August 20, 2026. ECF No. 40. The report recommends the Court grant Defendant's Motion for Summary Judgment. *Id.*

The Court has reviewed Judge Patti's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*

Where neither party specifically objects to the report, as here, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Therefore, the Court will accept Judge Patti's Report and Recommendation of August 20, 2026, as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Patti's Report and Recommendation of August 20, 2026 (ECF. No. 40), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This Order closes the case.

**SO ORDERED**.

Dated: September 16, 2026 /s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT COURT